**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | 3:09 CR 00270-2 |
| v. | ) | Judge Marvin E. Aspen |
| | ) | |
| DINH KHANH, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

MARVIN E. ASPEN, District Judge:

As indicated in Judge Campbell's order of October 14, 2015, I have accepted reassignment of this case for trial in Nashville. A pretrial conference will be held on Thursday, November 5, 2015 at 2:00 p.m. in Courtroom 783.

In preparation for the conference, the parties shall file a joint status report on or by October 23, 2015. In their submission, the parties shall confirm the trial date, report the anticipated length of trial, and indicate whether plea negotiations are currently being conducted.

It is so ordered.

_____
Marvin E. Aspen
United States District Judge

Dated: October 15, 2015
        Chicago, Illinois